CHAPTER 13 PLAN

Case No.: **11-00382**

Debtor(s): **Jennifer Carter**  SS#: **xxx-xx-7666**  Net Monthly Earnings: **325.50**
SS#:   Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **150.00**  ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( ____ ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **19,500.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **2,750.00** ; **$0.00** paid pre-petition; $ **550.00** to be paid at confirmation and $ **100.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **Citimortgage** | **$94,000.00** | ☐ by Trustee ☒ by Debtor **$680.00** | **02/2011** | **$5,500.00** | **7** | **0.00%** | **$102.00** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Citi (Ashley Furniture)** | **$7.00** | **$1,624.93** | **$700.00** | **$0.00** | **Dining Room Furniture** | **4.80%** | **$34.00** | **07/2011** |
| **HSBC Retail Services** | **$4.50** | **$3,352.48** | **$450.00** | **$0.00** | **47" LG LCD TV & PS3** | **4.80%** | **$70.00** | **07/2011** |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☐ This plan proposes to pay unsecured creditors _____ %.
   ☒ Other Provisions:
   **Holders of filed and allowed non-priority unsecured claims shall receive a pro-rata share (Pot Plan) of approximately Four Thousand Four Hundred Dollars ($4,400.00) through the distribution of the debtor's Chapter 13 Plan.**

Attorney for Debtor Name/Address/Telephone #   Date **January 25, 2011**   **/s/ Jennifer Carter**
**Rebecca S. Bozeman**     **Jennifer Carter**
**5308 Oporto Madrid Blvd.**     Signature of Debtor
**Birmingham,, AL 35210**
Telephone # **205-591-1111**